IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR34 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| MARQUES SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Marques Sanders, by and through his attorney, Richard H. McWilliams, has filed a motion requesting release from custody to the Stephen Center HERO Program on September 22, 2010 to attend in-patient treatment.

Therefore, the Court finds that the Defendant shall be released from the Roman L. Hruska United States Courthouse on or before 8:30 am, September 22, 2010 and transported by a member of the Federal Public Defender's office to the Stephen Center HERO Program, with the same terms and conditions as previously imposed. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately.

DATED this 21st day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge